# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DASSO INTERNATIONAL, INC. and EASOON USA, LLC, | ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) C.A. No. 17-1574-RGA ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| MOSO NORTH AMERICA, INC. and MOSO INTERNATIONAL BV, | ) ) ) |
| Defendants/Counterclaim Plaintiffs. | ) |

## DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW

Defendants MOSO North America, Inc. and MOSO International BV respectfully move this Court to stay the above-captioned action pending *Inter Partes* Review. The grounds for this Motion are fully set forth in the accompanying Brief in Support.

Pursuant to D. Del. LR 7.1.1, the parties met and conferred, and Plaintiffs will oppose this Motion.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas G. Pasternak
John M. Schafer
AKERMAN LLP
71 S. Wacker Drive, 46th Floor
Chicago, IL 60606
Tel: (312) 634-5700

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

Dated: November 14, 2018
5992891 / 44587

*Attorneys for Defendants/Counterclaim Plaintiffs MOSO North America, Inc. and MOSO International BV*