IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DASSO INTERNATIONAL, INC. and EASOON USA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MOSO NORTH AMERICA, INC. and MOSO INTERNATIONAL BV, <br><br> Defendants. | Civil Action No. 1:17-cv-01574-RGA |
| EASOON USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRETT KELLY, MARK CLIFTON, and DAVID OSTERMAN, a/k/a STEVE OSTERMAN, <br><br> Defendants. | Civil Action No. 1:19-cv-00564-RGA |

**ORDER**

Defendants' Motion to Consolidate Cases (C.A. 17-1574, D.I. 108; C.A. 19-564, D.I. 38) is **GRANTED**. C.A. 17-1574-RGA is consolidated with C.A. 19-564-RGA. C.A. 17-1574-RGA shall be the lead case and all papers shall be filed in C.A. 17-1574-RGA (consolidated). The case schedule will be extended by three months to accommodate the consolidation. The Parties shall submit a proposed revised scheduling order within one week of entry of this Order.

IT IS SO ORDERED this 7 day of May 2019.

*Richard G. Andrews*
United States District Judge