IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DASSO INTERNATIONAL, INC. and EASOON USA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOSO NORTH AMERICA, INC. and MOSO INTERNATIONAL BV,<br><br>Defendants. | )<br>)<br>) C.A. No. 1:17-cv-01574-RGA<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' AMENDED NOTICE OF TAKING DEPOSITION OF ARJEN VELTMAN**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, Plaintiffs and counterclaim defendants Dasso International ("Dasso") and Easoon USA, LLC ("Easoon") (collectively, "Plaintiffs"), by and through their undersigned counsel, will take the deposition upon oral examination of **Arjen Veltman.** The deposition will commence at **9:30 a.m. on February 4, 2020**, at Van der Valk Hotel Hoorn, Westfriese Parkweg 1, 1625 MA Hoorn, Netherlands.

The deposition will be taken before a court reporter and will continue day to day until completed. The deposition will be recorded stenographically through the instant visual display of testimony, and may be recorded by audio and/or video means. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes permitted under the Federal Rules of Civil Procedure and other applicable law.

1

Dated: January 31, 2020

OF COUNSEL

Scott R. Hoopes
Mills & Hoopes, LLC
1550 N. Brown Road, Suite 130
Lawrenceville, GA 30043
(770) 513-8111

/s/ Sean T. O'Kelly
Sean T. O'Kelly (No. 4349)
O'Kelly & Ernst, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
sokelly@oelegal.com

and

Gerard M. O'Rourke (No. 3265)
O'Rourke Law Office, LLC
1201 N. Orange Street, Suite 7260
Wilmington, DE 19801
(484) 770-8046
gorourke@orourkefirm.com

*Counsel for Plaintiffs Dasso International, Inc. and Easoon USA, LLC*