# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DASSO INTERNATIONAL, INC. and EASOON USA, LLC, | ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | C.A. No. 17-1574-RGA |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| MOSO NORTH AMERICA, INC. and MOSO INTERNATIONAL BV, | ) ) ) ) | |
| Defendants/Counterclaim Plaintiffs. | ) | |
| _____ EASOON USA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 19-564-RGA |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| BRETT KELLY, MARK CLIFTON, and DAVID OSTERMAN, a/k/a STEVE OSTERMAN, | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendants, subject to the approval of the Court, to modify the Amended Scheduling Order (D.I. 126), as amended by stipulation (D.I. 228), as follows:

1. The Parties stipulate and agree, subject to the approval of the Court, to the following page limits for a single brief filed by each side addressing dispositive motions (which concern issues under patent and state law) and challenges to expert testimony:

Opening Brief: 40 pages per side

Opposition Brief: 40 pages per side

Reply Brief: 20 pages per side

2. The Parties stipulate and agree, subject to the approval of the Court, to the modify the deadlines for briefing dispositive motions and challenges to expert testimony as follows:

| Event | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Opening Briefs | September 25, 2020 | October 9, 2020 |
| Opposition Briefs | October 9, 2020[1] | November 6, 2020 |
| Reply Briefs | October 16, 2020[1] | November 20, 2020 |
| Pretrial Conference | February 19, 2021 | March 26, 2021 at 9:00 am |
| Trial | March 8, 2021 | May 3, 2021 at 9:00 am |

The Parties request additional time to brief dispositive motions to account for recent disruptions caused by the response to the COVID-19 pandemic. Given the nature of these motions, the Parties also request additional time to respond and reply to such motions.

IT IS SO ORDERED, this __24__ day of __September__, 2020.

        ___/s/ Richard G. Andrews_____
                        U.S.D.J.

---

[1] Deadline established per the L.R. 7.1.2(b).

Dated: September 23, 2020						Respectfully submitted,

							 /s/ Gerard M. O'Rourke
							Sean T. O'Kelly (No. 4349)
							O'KELLY & ERNST, LLC
							824 N. Market Street, Suite 1001A
							Wilmington, DE 19801
OF COUNSEL:						(302) 778-4000
							sokelly@oelegal.com

Scott R. Hoopes
MILLS & HOOPES, LLC					and
1550 N. Brown Road, Suite 130
Lawrenceville, GA 30043					Gerard M. O'Rourke (No. 3265)
(770) 513-8111						O'ROURKE LAW OFFICE, LLC
							1201 N. Orange Street, Suite 7260
							Wilmington, DE 19801
							(484) 770-8046
							gorourke@orourkefirm.com

							*Counsel for Plaintiffs Dasso International,
							Inc. and Easoon USA, LLC*


							 /s/ David E. Moore
OF COUNSEL:						David E. Moore (No. 3983)
							Bindu A. Palapura (No. 5370)
Thomas G. Pasternak					Stephanie E. O'Byrne (No. 4446)
John M. Shafer						POTTER ANDERSON & CORROON LLP
AKERMAN LLP						1313 N. Market Street, 6th Floor
71 S. Wacker Drive, 46th Floor				Wilmington, DE 19801
Chicago, IL 60606					(302) 984-6000
(312) 634-5700						dmoore@potteranderson.com
							bpalapura@potteranderson.com
Evelina Gentry						sobyrne@potteranderson.com
AKERMAN LLP
601 W. Fifth Street, Suite 300				*Counsel for Defendants MOSO North*
Los Angeles, CA 90071					*America, Inc., MOSO International BV, Brett*
(213) 688-9500						*Kelly, Mark Clifton, and David S. Osterman*
							*a/k/a Steve Osterman*