



Sean T. O'Kelly, Esq.
sokelly@okorlaw.com
Direct: (302) 478-4001

March 16, 2021

**VIA CM/ECF**
**AND HAND DELIVERY**

The Honorable Mary Pat Thynge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    Dasso International, Inc., *et al.* v. MOSO North America, Inc., *et al.*,
              C.A. No. 1:17-cv-01574-RGA-SRF

Dear Magistrate Judge Thynge:

     Per Your Honor's request, enclosed please find two (2) sets of courtesy copies of the following documents filed in the above-captioned action by Plaintiffs Dasso International, Inc. and Easoon USA, LLC:

| Date | D.I. No. | Description |
| --- | --- | --- |
| 10/16/2020 | 243 | MOTION for Presumption Under 35 U.S.C. Section 295 (with Proposed Order) |
| 10/16/2020 | 244 | [SEALED] OPENING BRIEF in Support re 243 MOTION for Presumption Under 35 U.S.C. Section 295 |
| 10/16/2020 | 245 | [SEALED] APPENDIX re 244 Opening Brief in Support |
| 10/16/2020 | 246 | [SEALED] DECLARATION of Rubin Shmulsky re 244 Opening brief in Support |
| 10/16/2020 | 247 | [SEALED] DECLARATION of Thomas H. Kramer re 245 Appendix |
| 10/16/2020 | 248 | MOTION for Summary Judgment (with Proposed Order) |
| 10/16/2020 | 249 | [SEALED] OPENING BRIEF re 249 Opening Brief in Support |
| 10/16/2020 | 250 | [SEALED] APPENDIX re 249 Opening Brief in Support |
| 10/16/2020 | 251 | DECLARATION re 250 Appendix |
| 11/18/2020 | 269 | [SEALED] ANSWERING BRIEF in Opposition re 239 MOTIONS for Summary Judgment and to Exclude Expert Testimony, and 240 MOTION for Summary Judgment and to Exclude Expert Testimony |
| 11/18/2020 | 271 | [SEALED] APPENDIX re 269 Answering Brief in Opposition |
| 11/18/2020 | 272 | DECLARATION re 271 Appendix |
| 11/18/2020 | 274 | [SEALED] DECLARATION re 269 Answering Brief in Opposition (with Exhibits A-G) |

| | | |
|---|---|---|
| 12/08/2020 | 289 | [SEALED] REPLY BRIEF re 243 MOTION for Presumption Under 35 U.S.C. Section 295 |
| 12/08/2020 | 290 | [SEALED] DECLARATION of Gerard M. O'Rourke, Esq. re 289 Reply Brief (with Exhibit A) |
| 12/08/2020 | 291 | [SEALED] REPLY BRIEF re 248 MOTION for Summary Judgment |
| 12/08/2020 | 292 | [SEALED] DECLARATION of Gerard M. O'Rourke, Esq. re 291 Reply Brief (with Exhibits A-C) |
| 01/06/2021 | 307 | ANSWERING BRIEF in Opposition re 295 MOTION to Strike the Untimely Declarations of Francis James and Ryan Kline |
| 01/06/2021 | 308 | DECLARATION of Scott R. Hoopes, Esq. re 307 Answering Brief in Opposition |

Counsel is available at the Court's convenience should there be any questions or concerns.

Respectfully,

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (No. 4349)

cc: All counsel of record (w/o enclosure) (via CM/ECF)