# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DASSO INTERNATIONAL, INC. and EASOON USA, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MOSO NORTH AMERICA, INC. and MOSO INTERNATIONAL BV, <br><br> Defendants. | Case No. 17-cv-1574 |
| EASOON USA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BRETT KELLY, MARK CLIFTON, and DAVID OSTERMAN, <br><br> Defendants. | Case No. 19-cv-564 |

## JUDGMENT FOLLOWING JURY VERDICT

This 13th day of June, 2023, the Court having held a jury trial and the jury having rendered a unanimous verdict on June 9, 2023, pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that judgment is entered as follows:

1. On Case No. 17-cv-1574:

    a. In favor of plaintiffs Dasso International Inc. and Easoon USA LLC and against MOSO North America Inc. and MOSO International BV on the following count of the second amended complaint: Count 1 (patent infringement);

  b. In favor of plaintiff Easoon USA LLC and against MOSO North America Inc. and MOSO International BV jointly and severally on the following counts of the second amended complaint: Count 2 (tortious interference); Count 3 (Del. Deceptive Trade Practices Act); and Count 4 (aiding and abetting breach of fiduciary duty).

  c. In favor of plaintiffs Dasso International Inc. and Easoon USA LLC and against defendants MOSO North America Inc. and MOSO International BV jointly and severally on the following counts of the second amended counterclaim: Count 1 (patent non-infringement); Count 2 (patent exhaustion); Count 3 (patent invalidity); Count 5 (tortious interference); Count 7 (trade libel).

  d. In favor of defendants MOSO North America Inc. and MOSO International BV and against Easoon USA LLC on the following counts of the second amended counterclaim: Count 4 (Del. Deceptive Trade Practices Act); Count 6 (libel); and Count 8 (slander).

  2. On Case No. 19-cv-564:

  a. In favor of plaintiff Easoon USA LLC and against defendant Brett Kelly on the following count of the complaint: Count 1 (breach of fiduciary duty).

  b. In favor of plaintiff Easoon USA LLC and against defendants Brett Kelly; Mark Clifton; and David Osterman jointly and severally on the following count of the complaint: Count 4 (misappropriation of trade secrets).

  c. In favor of plaintiff Easoon USA LLC and against defendant Brett Kelly on the following counts of the complaint: Count 5 (breach of fiduciary duty) and Count 7 (fraud).

3. Damages are awarded in favor of plaintiffs Dasso International Inc. and Easoon USA LLC on the second amended complaint in Case No. 17-cv-1574 and the complaint in Case No. 19-cv-564 against defendants MOSO North America Inc.; MOSO International BV; Brett Kelly; Mark Clifton; and David Osterman jointly and severally in the amount of $1,500,000.

4. Damages are awarded in favor of defendants MOSO North America Inc. and MOSO International BV on the second amended counterclaim in Case No. 17-cv-1574 against plaintiff Easoon USA LLC in the amount of $100,000.

5. All remaining claims in both Case No. 17-cv-1574 and Case No. 19-cv-564 are dismissed.

SO ORDERED AND SIGNED
this 13th day of June, 2023:

_____
MATTHEW F. KENNELLY
U.S. District Judge