## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DASSO INTERNATIONAL, INC. and EASOON USA, LLC, | )<br>)<br>) |
| Plaintiffs/Counterclaim Defendants, | )<br>) C.A. No. 1:17-cv-01574-MFK<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| MOSO NORTH AMERICA, INC. and MOSO INTERNATIONAL BV, | )<br>)<br>) |
| Defendants/Counterclaim Plaintiffs. | ) |
| EASOON USA, LLC, | )<br>) |
| Plaintiff, | )<br>)<br>) C.A. No. 1:19-cv-00564-MFK |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| BRETT KELLY, MARK CLIFTON, and DAVID OSTERMAN, a/k/a STEVE OSTERMAN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## <u>MOTION FOR PERMANENT INJUNCTION</u>

Plaintiffs Dasso International, Inc., and Easoon USA, LLC respectfully move the Court for the entry of a permanent injunction. A proposed form of Permanent Injunction is included with this motion.

|  | Respectfully submitted, |
|---|---|
| Dated: July 11, 2023 | **O'KELLY & O'ROURKE, LLC** |
| OF COUNSEL: | <u>/s/ Gerard M. O'Rourke</u><br>Sean T. O'Kelly (No. 4349) |
| Scott R. Hoopes<br>Mills & Hoopes, LLC<br>1550 N. Brown Road, Suite 130<br>Lawrenceville, GA 30043 | Gerard M. O'Rourke (No. 3265)<br>824 N. Market Street, Suite 1001A<br>Wilmington, DE 19801<br>(302) 778-4001 |

1

(770) 513-8111

sokelly@okorlaw.com
gorourke@okorlaw.com

*Attorneys for Plaintiffs*