# EXHIBIT A

## Schafer, Jay (Ptnr-Chi)

| | |
|---|---|
| **From:** | gorourke@okorlaw.com |
| **Sent:** | Wednesday, May 31, 2023 8:49 AM |
| **To:** | Schafer, Jay (Ptnr-Chi); Sendek, Timothy (Ptnr-Chi); Gentry, Evelina (Ptnr-Lax); dmoore@potteranderson.com; bpalapura@potteranderson.com |
| **Cc:** | sokelly@okorlaw.com; scott@millshoopeslaw.com; lcarrig@okorlaw.com |
| **Subject:** | RE: Dasso v MOSO - State Law Jury Instructions |

[External to Akerman]

Jay,

The fiduciary claims are against Kelly only.  Please revise your instructions as necessary and send them again.  To be clear, we are pursuing the subset of claims we identified in our response to your conditional motion in limine.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com




-----Original Message-----
From: jay.schafer@akerman.com <jay.schafer@akerman.com>
Sent: Wednesday, May 31, 2023 7:16 AM
To: gorourke@okorlaw.com; tim.sendek@akerman.com; evelina.gentry@akerman.com; dmoore@potteranderson.com; bpalapura@potteranderson.com
Cc: sokelly@okorlaw.com; scott@millshoopeslaw.com; lcarrig@okorlaw.com
Subject: RE: Dasso v MOSO - State Law Jury Instructions

Jerry,

Please find attached Defendants' comments and revisions to the state law jury instructions.  It was not clear from your email if Plaintiffs were only pursuing the claims related to fiduciary duties against Mr. Kelly, so our instructions pertaining to those claims are directed to all three defendants from the Georgia case.

We are available to discuss tomorrow.

Best regards,

Jay

1

Jay Schafer
Partner
Akerman LLP | 71 South Wacker Drive, 46th Floor | Chicago, IL 60606
D: 312 870 8011
jay.schafer@akerman.com



www.akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

-----Original Message-----
From: gorourke@okorlaw.com <gorourke@okorlaw.com>
Sent: Sunday, May 28, 2023 2:54 PM
To: Schafer, Jay (Ptnr-Chi) <jay.schafer@akerman.com>; Sendek, Timothy (Ptnr-Chi) <tim.sendek@akerman.com>; Gentry, Evelina (Ptnr-Lax) <evelina.gentry@akerman.com>; dmoore@potteranderson.com; bpalapura@potteranderson.com
Cc: sokelly@okorlaw.com; scott@millshoopeslaw.com; 'Laura Carrig' <lcarrig@okorlaw.com>
Subject: RE: Dasso v MOSO - State Law Jury Instructions

[External to Akerman]

Jay,

We inadvertently did not list instruction "J" in the state law claims in the email below.  We will include that as well. Thanks.

Jerry

-----Original Message-----
From: gorourke@okorlaw.com <gorourke@okorlaw.com>
Sent: Sunday, May 28, 2023 2:50 PM
To: jay.schafer@akerman.com; tim.sendek@akerman.com; evelina.gentry@akerman.com; dmoore@potteranderson.com; bpalapura@potteranderson.com
Cc: sokelly@okorlaw.com; scott@millshoopeslaw.com; 'Laura Carrig' <lcarrig@okorlaw.com>
Subject: Dasso v MOSO - State Law Jury Instructions

 Jay,

We have attached the proposed jury instructions that we submitted in connection with the pretrial order submitted on April 11, 2023.  Consistent with our response to your conditional motion in limine, we intend to limit our state law claims as set forth therein.

To that end, the State law instructions that would be relevant to our limited claims are set forth in the attached as instructions A - G, L - P, and R - U.

With regard to MOSO's counterclaims, we will need to understand whether you are pursuing them and the scope of what MOSO is pursuing given the exclusion of Hornbach.  Specifically, is MOSO making a claim for Disdero damages?  We will also need to see your proposed instructions.  However, we included our instructions for MOSO's counterclaims in the attached as Y, Z, and AA - MM and are willing to go with those.  We reserve the right to amend as necessary when we see MOSO's proposals.

Very truly yours,

Jerry

Gerard M. O'Rourke, Esq.
O'Kelly & O'Rourke, LLC
824 N. Market Street, Suite 1001A
Wilmington, DE  19801
Phone: (302) 778-4000
Direct: (302) 778-4002
Facsimile: (302) 295-2873
gorourke@okorlaw.com

Your message is ready to be sent with the following file or link attachments:

MFK Proposed Pretrial Order Exhibit 6 - Plaintiffs Proposed Jury Instructions.docx

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

3