# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DASSO INTERNATIONAL, INC. and EASOON USA, LLC, | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 1:17-cv-01574-MFK |
| v. | ) ) ) |
| MOSO NORTH AMERICA, INC. and MOSO INTERNATIONAL BV, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS DASSO INTERNATIONAL, INC.'S, AND EASOON USA, LLC'S NOTICE OF APPEAL**

Plaintiffs' Dasso International, Inc., and Easoon USA, LLC hereby appeal to the United States Court of Appeals for the Federal Circuit from the Court's Sealed Order entered on December 29, 2025, (D.I. 578) granting Defendants' Petition for Fees and Expenses (D.I. 571), and from all other orders, opinions, decisions and rulings in this case underlying, subsumed within or relating to that Order.

Respectfully submitted,

Dated: January 27, 2026

**O'KELLY & O'ROURKE, LLC**

OF COUNSEL:

Scott R. Hoopes
Mills & Hoopes, LLC
1550 N. Brown Road, Suite 130
Lawrenceville, GA 30043
(770) 513-8111

*/s/ Gerard M. O'Rourke*
Gerard M. O'Rourke (No. 3265)
Sean T. O'Kelly (No. 4349)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4001
gorourke@okorlaw.com
sokelly@okorlaw.com

*Attorneys for Plaintiffs*

1